UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK COLACURCIO, MARIS and DAVID HANSON, and JAMES McMURCHIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSIGHT VENTURE PARTNERS VII, L.P., a Cayman Islands limited partnership; et al.,<br><br>Defendants. | NO. 2:20-cv-01856<br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS** |

Defendants hereby state that none has a parent corporation, nor does a publicly held corporation hold more than 10 percent of its stock.

DATED this 29th day of December, 2020.

BYRNES KELLER CROMWELL LLP


By /s/ John A. Tondini
 John A. Tondini, WSBA #19092
 1000 Second Avenue, 38th Floor
 Seattle, WA 98104
 Telephone: (206) 622-2000
 jtondini@byrneskeller.com
 *Attorneys for Defendants*

CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS
(NO. 2:20-cv-01856) - 1

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Jeffrey B. Korn*
Charles D. Cording*
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (282) 728-8000
jkorn@willkie.com
ccording@willkie.com
***Attorneys for Defendants***

*\*pro hac vice* applications forthcoming

CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS
(NO. 2:20-cv-01856) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 29th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jtondini@byrneskeller.com

CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS
(NO. 2:20-cv-01856) - 3

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000