1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK COLACURCIO, *et al.*,

     Plaintiffs,

  v.

INSIGHT VENTURE PARTNERS VII, L.P., *et al.*,

     Defendants.

NO.  C20-1856-RSM

ORDER DENYING STIPULATED
MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEFS

   This matter comes before the Court on parties' Stipulated Motion for leave to file overlength briefing on Plaintiffs' motion for class certification. Dkt. #36. This district's local rules limit briefs in support of or in opposition to a motion for class certification to no more than 24 pages. LCR 7(e)(3). Briefs in reply are limited to no more than 12 pages. *Id.* Here, parties request permission to file overlength briefs of no more than 36 pages for their briefs in support of and in opposition to class certification. Dkt. #36 at 2. They likewise request that Plaintiffs be allowed to file a reply of no more than 18 pages. Parties state that the increased page limit is "necessary and will benefit the Court and the parties alike in presenting the applicable issues and authority." *Id*.

   Motions seeking approval to file an overlength motion or brief are disfavored but may be filed subject to certain procedural conditions. LCR 7(f). Here, parties' cursory explanation

does not sufficiently justify their request to extend the page limit by 12 pages, where the page limit prescribed by this Court's Local Rules is set at 24. Without further explanation as to why unique aspects of this case warrant such a substantial increase in page count on Plaintiffs' class certification motion, the Court finds insufficient basis to grant parties' request.

Accordingly, having reviewed the Stipulated Motion and the remainder of the record, the Court hereby finds and ORDERS that parties' Stipulated Motion for Overlength Briefing, Dkt. #36, is DENIED.

DATED this 29th day of April, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE