The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK COLACURCIO, MARIS and DAVID HANSON, and JAMES McMURCHIE, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>INSIGHT VENTURE PARTNERS VII, L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS (CAYMAN) VII, L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS VII (CO-INVESTORS), L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS (DELAWARE) VII, L.P., a Delaware limited partnership; INSIGHT VENTURE PARTNERS COINVESTMENT FUND II, L.P., a Delaware limited partnership; INSIGHT VENTURE ASSOCIATES VII, L.P., a Delaware limited partnership; INSIGHT VENTURE ASSOCIATES VII, LTD., a Cayman Islands limited company; INSIGHT VENTURE ASSOCIATES COINVESTMENT II, L.P., a Delaware limited partnership; INSIGHT VENTURE MANAGEMENT, LLC, a Delaware limited liability company; INSIGHT HOLDING GROUP, LLC, a Delaware limited liability company, and RYAN HINKLE,<br><br>Defendants. | NO. 2:20-cv-01856-RSM<br><br>ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL |

ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1 | Plaintiffs' Unopposed Motion to Seal came before the Court for regular hearing. The
2 | Court considered the briefing of the parties, and deeming itself fully advised, it is ORDERED
3 | that Plaintiffs' Unopposed Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED.**

DATED this 17th day of December, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992