IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK COLACURCIO, MARIS and DAVID HANSON, and JAMES McMURCHIE, individually and on behalf of all others similarly situated;<br><br>      Plaintiffs,<br><br> v.<br><br>INSIGHT VENTURE PARTNERS VII, L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS (CAYMAN) VII, L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS VII (CO-INVESTORS), L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS (DELAWARE) VII, L.P., a Delaware limited partnership; INSIGHT VENTURE PARTNERS COINVESTMENT FUND II, L.P., a Delaware limited partnership; INSIGHT VENTURE ASSOCIATES VII, L.P., a Delaware limited partnership; INSIGHT VENTURE ASSOCIATES VII, LTD., a Cayman Islands limited company; INSIGHT VENTURE ASSOCIATES COINVESTMENT II, L.P., a Delaware limited partnership; INSIGHT VENTURE MANAGEMENT, LLC, a Delaware limited liability company; INSIGHT HOLDING GROUP, LLC, a Delaware limited liability company, and RYAN HINKLE,<br><br>      Defendants. | NO. 2:20-cv-01856-RSM<br><br>FINAL APPROVAL ORDER AND JUDGMENT<br><br>Noting Date: May 11, 2022 |

This matter came before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement ("Final Approval Motion"). All capitalized terms not otherwise defined have the meanings set forth in the Settlement Agreement (Dkt. 92-1) ("Settlement").

On December 17, 2021, this Court entered an order granting preliminary approval (the "Preliminary Approval Order") (Dkt. #97), in which the Court preliminarily approved the proposed Settlement as being fair, reasonable, and adequate to the Settlement Class; preliminarily certified the Settlement Class; designated Named Plaintiffs and Class Counsel; appointed a Settlement Administrator; approved the forms and methods of disseminating information about the Settlement and found them to constitute the best notice practicable under the circumstances, constitute due and sufficient notice of the matters set forth in the notices to all persons entitled to receive such notices, and fully satisfy the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1715, and all other applicable laws and rules; established procedures for Class Members to opt out of or object to the Settlement, attorney's fees, and service awards; established deadlines for the filing of a motion for final approval of the Settlement and motion for attorneys' fees, costs, and service awards; and scheduled a Final Approval Hearing for May 11, 2022 during which the Court would determine whether the Settlement should be finally approved and judgment entered thereon.

On January 14, 2022, pursuant to the notice requirements set forth in the Settlement and Preliminary Approval Order, the Settlement Class was apprised of the nature and pendency of the Litigation, the terms of the Settlement, and their rights to request exclusion, object, and/or appear at the Final Approval Hearing.

On March 25, 2022, Plaintiff filed a Motion for Final Approval of the Class Action Settlement (the "Final Approval Motion") and along with supporting declarations and exhibits;

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

and Class Counsel filed their Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and accompanying declarations from counsel of record in the Litigation setting forth their time and expenses and related exhibits (the "Fee Application").

On May 11, 2022, the Court held a Final Approval Hearing to determine, *inter alia:* (1) whether the Settlement is fair, reasonable, and adequate; and (2) whether judgment should be entered dismissing all claims in the Complaint with prejudice. Prior to the Final Approval Hearing, Class Counsel filed a declaration from the Settlement Administrator confirming that the Notice Program was completed in accordance with the Settlement and Preliminary Approval Order. Accordingly, the Court is satisfied that Settlement Class Members were properly notified of their right to appear at the Final Approval Hearing in support of, or in opposition to, the proposed Settlement, the award of attorneys' fees, costs, and expenses, and the payment of a Service Award.

Having fully considered and reviewed the proposed Settlement, together with its exhibits, and based upon the relevant papers and all prior proceedings in this matter, the Court determines that the proposed Settlement satisfies the criteria for final approval, the proposed Settlement Class is certified, and the Notice Program is approved. Accordingly, good cause appearing in the record, Plaintiffs' Motion is **GRANTED**, and the Court hereby **FINDS AND ORDERS THAT:**

### Final Approval of the Settlement

1. The Court has personal jurisdiction over the Parties and Settlement Class Members. This Court has subject matter jurisdiction over this Litigation and over all claims raised therein and all matters that relate to the Settlement. Venue is proper.

2. The Settlement was entered into in good faith following arm's-length negotiations before an experienced mediator and is non-collusive. Negotiations took place after Class Counsel

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

adequately investigated the claims of the named Plaintiffs and the Settlement Class and became familiar with the strengths and weaknesses of the claims in the Litigation, and the risks attendant to continued prosecution of those claims.

3.      The Settlement is in all respects fair, reasonable, and adequate. The Settlement offers substantial benefits to the Settlement Class and is in the best interests of the Settlement Class. The Settlement satisfies Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"). The Court finds that the Parties faced significant risks, expenses, delays, and uncertainties, including as to the outcome of continued litigation of this complex matter, which further supports the Court's finding that the Settlement is fair, reasonable, adequate and in the best interest of the Settlement Class.

4.      The Court grants full and final approval of the Settlement, as reflected in the Settlement Agreement, including but not limited to the releases and the plan for allocation and distribution of the Settlement funds as provided in the Settlement Agreement. As the Court finds that the Settlement is, in all respects, fair, reasonable, and in the best interest of the Settlement Class, all Settlement Class Members who have not opted-out are bound to the Settlement and this Final Approval Order and Judgment. The Parties are directed to effectuate the Settlement in accordance with the terms of the Settlement Agreement.

5.      This Judgment incorporates and makes a part hereof the Settlement Agreement.

**Objections and Opt-Outs**

6.      The Court finds that no objections have been submitted by Settlement Class Members. To the extent there were any objections to the Settlement, the Court has considered them and found that they are without merit and are overruled in all respects.

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

7. The Court finds that two (2) Settlement Class Members submitted Exclusion Letters. Those persons (listed on Exhibit C to the Declaration of Cudworth, Dkt. 100) are excluded from the Class and are not bound by the Settlement or any of the terms or provisions contained therein.

**Certification of the Settlement Class**

8. For purposes of the Settlement and this Final Approval Order and Judgment, the Court hereby finally certifies the following Settlement Class:

> All individuals and entities who sold stock in Smartsheet, Inc. in connection with the tender offer for stock of Smartsheet, Inc. dated June 2, 2017.  Excluded from the Settlement Class are (1) the Defendants and all of their respective employees, officers, directors, agents, immediate family members, legal representatives, parent corporations, subsidiaries, controlled affiliates, insurers, guarantors, heirs, successors, and assigns, (2) all other Smartsheet shareholders who offered to purchase shares in the June 2017 tender offer, (3) Mark Mader, Brent Frei, Kara Hamilton, and Andrew Lientz, (4) the Judge presiding over this Action and all members of his family, and (5) persons who timely and validly requested exclusion from the Settlement Class.

This Settlement Class is certified for purposes of settlement only.

9. The Court determines that for settlement purposes, the Settlement Class meets all the requirements of Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, namely that the class is so numerous that joinder of all members is impractical; there are common issues of law and fact; the claims of the Plaintiffs are typical of absent class members; Plaintiffs will fairly and adequately protect the interests of the class, and have no interests antagonistic to or in conflict with the class, and have retained Class Counsel who are experienced and competent counsel to prosecute this matter; common issues predominate over any individual issues; and a class action is the superior means of adjudicating the controversy.

10. The Court grants final approval to the appointment of Named Plaintiffs James McMurchie, David Hanson and Maris Hanson as the Settlement Class Representatives pursuant

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

to Rule 23(a) of the Federal Rules of Civil Procedure. The Court finds that Named Plaintiffs are similarly situated to absent Settlement Class Members; that Named Plaintiffs have Article III standing to pursue their claims; that Named Plaintiffs are typical of the Class; and that Named Plaintiffs have fairly and adequately represented the Settlement Class and will continue to do so.

11. The Court grants Final approval to the appointment of Plaintiffs' Counsel from the firms Tousley Brain Stephens PLLC and McNaul Ebel Nawrot & Helgren PLLC as Class Counsel pursuant to Fed. R. Civ. P. 23(g). The Court further appoints Jason T. Dennett of Tousley Brain Stephens PLLC as Lead Class Counsel. The Court finds that these lawyers are experienced and have adequately protected the interests of the Settlement Class and will continue to do so.

### Notice to the Settlement Class

12. The Court finds that the form and content of the Email Notice and Long Form Notice, and the procedures set forth in the Settlement for providing notice of the Settlement to the Settlement Class, were in full compliance with the requirements of Federal Rules of Civil Procedure 23(c)(2)(B) and 23(e); fully, fairly, accurately, and adequately advised members of the Settlement Class of their rights under the Settlement; were reasonably calculated to provide, and did provide, due and sufficient notice to the Settlement Class of the pendency of the Litigation, certification of the Settlement Class for settlement purposes only, the existence and terms of the Settlement, their right to exclude themselves, and their right to object to the Settlement, attorneys' fees and expenses, and service awards; and to appear at the Final Approval Hearing; afforded Settlement Class Members with adequate time and opportunity to file objections to the Settlement and submit requests for exclusion; provided the best notice practicable under the circumstances; and fully satisfied the requirements of due process, the Federal Rules of Civil Procedure, and all other applicable laws.

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

13.     The Court finds that Defendants have fully complied with the Notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

### Other Provisions

14.     <u>Administration Expenses</u>. Settlement Administrator's fees, as well as all other costs and expenses associated with Notice and Administration, are approved, and shall continue to be paid as provided in the Settlement Agreement.

15.     <u>Dismissal with Prejudice</u>. Pursuant to the terms of the Settlement Agreement, the action is hereby **DISMISSED WITH PREJUDICE** on the merits, without costs or attorneys' fees to any Party except as provided under the terms of the Settlement Agreement, this Final Approval Order and Judgment, and the Court's concurrent Order Granting Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Issuance of Service Awards.

16.     <u>Releases</u>. The Releases set forth in Section 11 of the Settlement Agreement, together with the definitions contained in the Settlement Agreement relating thereto are expressly incorporated herein in all respects. The Releases are effective as of the Effective Date. Accordingly, this Court orders that:

    a.     Without any further action by anyone, and subject to Paragraph 17 below, upon the Effective Date of the Settlement, the Named Plaintiffs and each of the Settlement Class Members, on behalf of themselves and their respective predecessors, successors, assigns, devisees, spouses, heirs, legatees, and agents, in their capacities as such, shall have, fully, finally, and forever released, relinquished, and discharged any and all of the Plaintiffs Released Claims against each of the Defendant Releasees, and shall forever be barred

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 7

**Tousley Brain Stephens PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

        and enjoined from prosecuting any and all of the Plaintiffs Released Claims against any of the Defendant Releasees.

        b. Without further action by anyone, and subject to Paragraph 17 below, upon the Effective Date of the Settlement, the Defendants, on behalf of themselves and their respective predecessors, successors, assigns, devisees, spouses, heirs, legatees, and agents, in their capacities as such, shall have, fully, finally, and forever released, relinquished, and discharged any and all of the Defendants Released Claims against each of the Named Plaintiffs and Settlement Class Members, and shall forever be barred and enjoined from prosecuting any and all of the Defendants Released Claims against any of the Named Plaintiffs and Settlement Class Members.

17. Notwithstanding Paragraphs 16(a) – 16(b), nothing in this Final Approval Order and Judgment shall bar any action by any of the Parties to enforce or effectuate the terms of the Settlement Agreement or this Final Approval Order and Judgment.

18. <u>Bar Order</u>. The Court hereby permanently bars any and all claims for contribution against Defendant Releasees arising out of any Plaintiffs Released Claim where the alleged injury to the claiming person or entity arises from that person's or entity's liability to the Settlement Class or any Settlement Class Member (a) by any person or entity against any of the Defendant Releasees or (b) by any of the Defendant Releasees against any other person or entity, other than a person or entity whose liability has been extinguished by the Settlement; provided however that nothing in this paragraph shall give any rights to the Defendants or to any party that the Defendants caused to make payments to recover any funds deposited into the Settlement Fund.

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 8

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

19. <u>Continuing Jurisdiction</u>. Without affecting the finality of the Final Approval Order and Judgment for purposes of appeal, the Court retains continuing and exclusive jurisdiction over the Parties and all matters relating to the Settlement, including the administration, interpretation, construction, effectuation, enforcement, and consummation of the Settlement and this Final Approval Order and Judgment.

20. <u>Binding Effect</u>. The terms of the Settlement Agreement and of this Final Approval Order and Judgment shall be forever binding on the Defendants, Plaintiffs, and all other Settlement Class Members, as well as their respective successors and assigns.

IT IS SO ORDERED this 11th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: s/ *Jason T. Dennett*
Jason T. Dennett, WSBA #30686
Kim D. Stephens, WSBA #11984
Cecily C. Jordan, WSBA #50061
Kaleigh N. Powell, WSBA #52684
Email: kpowell@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600/Fax: (206) 682-2992

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 9

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  Email: Jdennett@tousley.com
       kstephens@tousley.com
2      kpowell@tousley.com
       cjordan@tousley.com
3

4  McNAUL EBEL NAWROT & HELGREN PLLC

5  Avi J. Lipman, WSBA No. 37661
   Malaika M. Eaton, WSBA No. 32837
6  Ai-Li Chiong-Martinson, WSBA No. 53359
   Michael P. Hatley, WSBA No. 57500
7  600 University Street, Suite 2700
   Seattle, Washington 98101
8  Telephone (206) 467-1816
   Email: meaton@mcnaul.com
9       alipman@mcnaul.com
        achiongmartinson@mcnaul.com
10      mhatley@mcnaul.com

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT - 10

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992