The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PATRICK COLACURCIO, MARIS and DAVID HANSON, and JAMES McMURCHIE, individually and on behalf of all others similarly situated;

Plaintiffs,

v.

INSIGHT VENTURE PARTNERS VII, L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS (CAYMAN) VII, L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS VII (CO-INVESTORS), L.P., a Cayman Islands limited partnership; INSIGHT VENTURE PARTNERS (DELAWARE) VII, L.P., a Delaware limited partnership; INSIGHT VENTURE PARTNERS COINVESTMENT FUND II, L.P., a Delaware limited partnership; INSIGHT VENTURE ASSOCIATES VII, L.P., a Delaware limited partnership; INSIGHT VENTURE ASSOCIATES VII, LTD., a Cayman Islands limited company; INSIGHT VENTURE ASSOCIATES COINVESTMENT II, L.P., a Delaware limited partnership; INSIGHT VENTURE MANAGEMENT, LLC, a Delaware limited liability company; INSIGHT HOLDING GROUP, LLC, a Delaware limited liability company, and RYAN HINKLE,

Defendants.

NO. 2:20-cv-01856-RSM

ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS AND FOR ISSUANCE OF SERVICE AWARDS

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

This matter came before the Court on Plaintiffs' Motion for an Award of Attorneys' Fees and Costs and for Issuance of Service Awards (the "Motion"). All capitalized terms not otherwise defined have the meanings set forth in the Settlement Agreement (Dkt. # 92-1) ("Settlement").

On December 17, 2021, the Court entered its Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"), in which the Court preliminarily approved the proposed Settlement as being fair, reasonable, and adequate to the Settlement Class; preliminarily certified the Settlement Class; designated named Plaintiffs James McMurchie, David Hanson and Maris Hanson as Settlement Class Representatives and Tousley Brain Stephens PLLC and McNaul Ebel Nawrot & Helgren PLLC as Class Counsel; appointed a Settlement Administrator; approved the forms and methods of disseminating information about the Settlement and found them to constitute the best notice practicable under the circumstances, to constitute due and sufficient notice of the matters set forth in the notices to all persons entitled to receive such notices, and to fully satisfy the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1715, and all other applicable laws and rules; established procedures for Class Members to opt out or object to the Settlement and any request for Attorneys' Fees and Costs; established deadlines for the filing of a motion for final approval of the Settlement and motion for attorneys' fees, costs, and service awards; and scheduled a hearing for May 11, 2022, for the Court to determine whether to grant Final Approval and whether Attorneys' Fees and Costs should be awarded.

The Court held a hearing on Plaintiffs' Motion on May 11, 2022, after notice to the Class. The Court has fully considered the Motion, the declarations and submissions in support,

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

and all papers filed or submitted to the Court in connection with the proceedings in this action. Now, with good cause appearing therefore, THE COURT HEREBY ORDERS AND FINDS AS FOLLOWS:

1. The Court has considered Class Counsel's Motion along with the Declaration of Jason T. Dennett setting forth Class Counsel's time and expenses incurred in connection with this Litigation.

2. Pursuant to Rule 23(h), and relevant Ninth Circuit authority, the Court awards Class Counsel $6,157,000.00 as an award of reasonable attorneys' fees to be paid in accordance with the Settlement. The Court finds this amount of fees fair and reasonable under the percentage of recovery method and under a lodestar cross-check, given the exceptional results obtained for the Settlement Class in the form of significant monetary relief; the complexity of the issues presented in the Litigation; the risk of non-payment posed in the Litigation; the contingent nature of the fee; and the skill of Class Counsel.

3. Pursuant to Rule 23(h), and relevant Ninth Circuit authority, the Court awards Class Counsel $355,120.76 as an award of reasonable costs and expenses to be paid in accordance with the Settlement. The Court finds this amount of costs and expenses is fair and reasonable, and it represents the reasonable expenses incurred to advance this Litigation.

4. The Court grants Class Counsel discretion to allocate the attorneys' fees, costs, and expenses among all Plaintiffs' counsel.

5. This award of attorneys' fees, costs, and expenses, and any interest earned thereon, shall be paid in accordance with the Settlement. This award of attorneys' fees, costs, and expenses is independent of the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement.

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

6. The Court grants Class Counsel's requested Service Awards of $10,000 to James McMurchie and $10,000 to David and Maris Hanson. The Court finds that these Service Awards are justified by each Settlement Class Representative's service to the Settlement Class. These Service Awards shall be paid in accordance with the Settlement.

7. Without affecting the finality of this Order, the Court hereby reserves continuing and exclusive jurisdiction over all matters related to the administration and consummation of the terms of this Order.

8. The Court shall enter a judgment consistent with this Order.

**IT IS SO ORDERED** this 11th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: s/ *Jason T. Dennett*
　　Kim D. Stephens, WSBA #11984
　　Jason T. Dennett, WSBA #30686
　　Cecily C. Jordan, WSBA #50061
　　Kaleigh N. Powell, WSBA #52684
　　1200 Fifth Avenue, Suite 1700
　　Seattle, WA 98101
　　Tel: (206) 682-5600/Fax: (206) 682-2992
　　Email:　jdennett@tousley.com
　　　　　　kstephens@tousley.com
　　　　　　kpowell@tousley.com
　　　　　　cjordan@tousley.com

ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS AND FOR ISSUANCE OF SERVICE AWARDS - 4

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

McNAUL EBEL NAWROT & HELGREN PLLC

Avi J. Lipman, WSBA No. 37661
Malaika M. Eaton, WSBA No. 32837
Ai-Li Chiong-Martinson, WSBA No. 53359
Michael P. Hatley, WSBA No. 57500
600 University Street, Suite 2700
Seattle, Washington 98101
Telephone (206) 467-1816
Email: meaton@mcnaul.com
alipman@mcnaul.com
achiongmartinson@mcnaul.com
mhatley@mcnaul.com

ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS AND FOR ISSUANCE OF SERVICE AWARDS - 5

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992